UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Criminal Action No. 5: 16-95-DCR |
| V. | ) ) | |
| PRESTON EUGENE WEBBER, JR. | ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the competency report and recommendation regarding Defendant Preston Eugene Webber, Jr. [Record No. 63] Following an evaluation conducted by licensed psychologist Chad Tillbrook, Ph.D., at the Federal Medical Center in Devens, Massachusetts, United States Magistrate Judge Robert E. Wier held a competency hearing and issued a Recommended Disposition. After reviewing all relevant materials, Magistrate Judge Wier recommended that the Court find Webber competent to proceed in this matter. Webber has not objected to the Recommended Disposition. Having fully considered the matter, the Court will adopt the magistrate judge's recommendation in full.

While this Court must make a *de novo* determination of those portions of the magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file

objections to a magistrate judge's proposed findings of fact and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).

As outlined in the Recommended Disposition, the magistrate judge found no evidence to support a finding that the defendant is not competent, and nothing in the record would permit an incompetency finding by a preponderance of the evidence. Instead, as explained in Dr. Tillbrook's comprehensive report, the evidence fully supports a finding that Webber is able to understand the nature and consequences of the proceedings and can properly assist in his defense. Accordingly, it is hereby

**ORDERED** as follows:

1. The Recommended Disposition of Magistrate Judge Robert E. Wier [Record No. 63] is **ADOPTED** and **INCORPORATED** by reference.

2. The Court finds that Defendant Preston Eugene Webber, Jr. is competent to face further proceedings, including trial.

This 24th day of August, 2017.

Signed By:
*Danny C. Reeves* DCR
United States District Judge